PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS   NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3118

WRITER'S DIRECT FACSIMILE
(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS
lelynch@paulweiss.com

December 7, 2023

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trotter* v. *The National Football League, et al.*, No. 23-cv-08055-PAC

Dear Judge Crotty:

Pursuant to the email sent to counsel of record by Your Honor's Courtroom Deputy on December 4, 2023, the parties to the above-captioned action conferred and write jointly to respectfully propose the following briefing schedule for Defendants' motion to dismiss the Complaint (Dkt. 1).

- On or before January 26, 2024, Defendants shall file their motion to dismiss.

- On or before March 1, 2024, Plaintiff shall file his brief in opposition to Defendants' motion to dismiss.

- On or before March 22, 2024, Defendants shall file their reply brief in further support of their motion to dismiss.

The parties appreciate the Court's consideration of this joint request.

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

| WIGDOR LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: */s/ David E. Gottlieb*<br>David E. Gottlieb<br>85 Fifth Avenue<br>New York, NY 10003<br>Tel: (212) 257-6800 | By: */s/ Loretta E. Lynch*<br>Loretta E. Lynch<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:  (212) 373-3118 |
| *Attorneys for Plaintiff  Jim Trotter* | *Attorneys for Defendants The National Football League, NFL Enterprises LLC; and NFL Network Services, Inc.* |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP