UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIM TROTTER,<br><br>                             Plaintiff,<br><br> v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NFL ENTERPRISES LLC; AND NFL NETWORK SERVICES, INC.,<br><br>                             Defendants. | C.A. No. 23-cv-08055-PAC<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR VIOLATIONS OF FEDERAL, STATE, AND CITY DISCRIMINATION LAWS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of the NFL Defendants' Motion to Dismiss, Defendants the National Football League, NFL Enterprises LLC, and NFL Network Services, Inc. (collectively, the "NFL Defendants"), will move this Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl St., New York, New York 10007, on a date and time to be determined by the Court, for an order entering judgment for Defendants and dismissing with prejudice all claims asserted in the Plaintiff's Complaint for Violations of Federal, State, and City Discrimination Laws filed September 12, 2023, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as the Court may deem just and proper.

The grounds for this motion are set forth in the accompanying memorandum of law. The NFL Defendants request oral argument on this motion.

Dated: New York, New York
January 26, 2024

          PAUL, WEISS, RIFKIND, WHARTON &
            GARRISON LLP

          By:       */s/ Loretta E. Lynch*
          Brad S. Karp
          Loretta E. Lynch
          Brette Tannenbaum
          1285 Avenue of the Americas
          New York, New York 10019
          (212) 373-3000
          bkarp@paulweiss.com
          lelynch@paulweiss.com
          btannenbaum@paulweiss.com

          *Attorneys for the NFL Defendants*