UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------
 JIM TROTTER,

        Plaintiff,                           23-cv-8055 (JSR)

        -v-                                  Order

 THE NATIONAL FOOTBALL LEAGUE;
 NFL ENTERPRISES LLC; AND NFL
 NETWORK SERVICES, INC.,

        Defendants.
-----------------------------------
```

JED S. RAKOFF, U.S.D.J.:

Defendants the National Football League, NFL Enterprises LLC and NFL Network Services, Inc. have filed a motion to dismiss plaintiff's complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). See Dkt. 26.[1] After the completion of briefing, the Court held oral argument on this motion on May 2, 2024. Upon full consideration of the parties' submissions, and the representations of counsel at argument, the Court hereby grants in part and denies in part defendants' motion. Specifically, the Court denies defendants' motion to dismiss plaintiff's retaliation claim pursuant to 42 U.S.C. § 1981 (Second Cause of Action). The Court grants defendants' motion to dismiss plaintiff's hostile work environment claim pursuant to 42 U.S.C. § 1981 (First Cause of Action) and plaintiff's claims pursuant

---

[1] After briefing on defendants' motion was complete, but before any ruling was issued, this case was reassigned from the Honorable Paul A. Crotty to the undersigned.

1

to New York State and City law (Third through Sixth Causes of Action), which are hereby dismissed with prejudice.

An opinion setting forth the reasons for these rulings will follow in due course.

SO ORDERED.

New York, NY
May 29, 2024

_____
JED S. RAKOFF, U.S.D.J.