UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIM TROTTER,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE NATIONAL FOOTBALL LEAGUE;<br>NFL ENTERPRISES LLC; AND NFL<br>NETWORK SERVICES, INC. | 23-cv-08055 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On July 8, 2024, the parties in the above-captioned case were automatically referred to mediation pursuant to then-Chief Judge Preska's Standing Administrative Order of May 24, 2015, which requires mediation in employment discrimination cases unless "otherwise ordered by the judge in the particular case." (May 24, 2015 Standing Administrative Order; Oct. 1, 2015 Second Amended Standing Administrative Order M10-468). However, this Judge's consistent practice since 2015 has been to relieve parties from such mediation unless all parties request mediation. In this case, all parties expressly informed the Court on July 29, 2024, that they wished to be relieved of this obligation and indeed, jointly requested that the matter *not* proceed to mediation.

    Accordingly, the Order of May 24, 2015, as applied to this case, is herby vacated and the matter shall continue in front of this Court in accordance with the June 28, 2024 case management plan.

    SO ORDERED.

Dated:    New York, NY

          July 30, 2024                               JED S. RAKOFF, U.S.D.J.