UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JIM TROTTER,                                    :
                                                :
                        Plaintiff,              :   Civil Action No. 1:23-cv-08055 (JSR)
                                                :
            v.                                  :   **STIPULATION OF DISMISSAL**
                                                :
THE NATIONAL FOOTBALL LEAGUE; NFL               :
ENTERPRISES LLC; and NFL NETWORK                :
SERVICES, INC.,                                 :
                                                :
                        Defendants.             :
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as represented by their attorneys below, that, pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, dismissed in its entirety with prejudice, without costs, expenses, or fees of any kind to any party.

Dated:  October 10, 2024
        New York, New York

                                                **WIGDOR LLP**

                                                By: _____
                                                Douglas H. Wigdor
                                                David E. Gottlieb
                                                85 Fifth Avenue
                                                New York, New York 10003
                                                Telephone: (212) 257-6800
                                                Facsimile: (212) 257-6845
                                                dwigdor@wigdorlaw.com
                                                dgottlieb@wigdorlaw.com
                                                *Counsel for Plaintiff*

1

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**

By: /s/ B. Aubrey Smith
Brad S. Karp
Loretta E. Lynch
Brette Tannenbaum
B. Aubrey Smith
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
bkarp@paulweiss.com
lelynch@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for the NFL Defendants*